# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB - 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

THE PREMISES KNOWN AS:

CASE NUMBER:

**1305 Hillcrest Road
Glen Burnie, Maryland**

**13-0064SAG**

TO:   DEA Task Force Officer Matthew Wires,
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**1305 Hillcrest Road, Glen Burnie, Maryland,** further described as a single story duplex, and while facing the structure, 1305 is the right half of the building. The front is covered in gray and brown stone, and there is a bay window plus three smaller windows across the front, framed in white with blue shutters. From the right side, first there is a window, and then another window and front door are set back from the front wall. There is a porch light to the right of the front door, and the porch floor is covered in green outdoor carpet. There is a small white fence dividing the front yard between the two units. The door to the unit, not intended to be searched has a white door with an "A" marked upon it. The driveway running along the front of the house is covered in gravel.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment C

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant, **without the need to, in advance, knock and announce their presence.**

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/4/13__ at Baltimore, Maryland
Date and Time Issued
__11:05am__

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#2) AUSAs Carey/Smith

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-14-13 | 1-15-13  0600 | Scott Segel |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

13-0064SAG *(stamped upside down)*

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S Judge or Magistrate                  Date

## 1305 Hillcrest Rd. Glen Burnie, MD 21061

## EVIDENCE:

A. Hallway Bathroom
1. Clothing tags with price labels (Location: Closet shelf)
B. Left Bedroom
2. Coach Receipt 11/29/12 (Location: Dresser drawer)
3. K and S Trading Group invoice (Location: Dresser drawer (envelope))
4. Receipt – Scott Segal (No.943819) (Location: Dresser drawer (envelope))
5. Movado price tag (Location: Dresser drawer)
6. Swarovski tag (Location: Dresser drawer)
7. Shipping label (Location: Box on floor)
8. Shipping labels (2) (Location: Box on floor)
C. Right Bedroom
9. Traffic citation – Gabriel Gonzalez (Location: Floor)
10. Bank of America Mail – Gabriel Gonzalez Acct x2105 (4) (Location: Paper bag on dresser)
11. Mail from Springfield TWP Court – Gabriel Gonzalez (Location: Paper bag on dresser)
12. Cardboard labels (25) (Location: Boxes on floor)
D. Middle Bedroom
13. Coach/Best Buy receipt (Location: Coach shoe box on bookshelf)
14. GPS unit with charger and manual (Location: Top of dresser)
15. Cardboard shipping labels (Location: Boxes on floor)
16. Box with checks – Scott Segal Acct 1010315403857 (Location: Gray Sentry safe in closet)
17. Paypal Mastercard – Scott Segal #558158877220062 (Location: Gucci box in Sentry safe)
18. AMEX gift card #374328438883012 Exp 7/19 (Location: Gucci box in Sentry safe)
19. MPTC Firearms Safety Paperwork (Location: Sentry safe)
20. Credit report – Scott Segal (Location: Sentry Safe)
21. Box for Mossberg 500 12 gauge shotgun Serial #U230054 (Location: Against wall)
E. Office
22. Receipt – Scott Segal No. 943817 (Location: Stack-On safe in closet)
23. Mail from US Dept of State – Scott Segal (Location: Stack-On safe in closet)
24. Purple $2,000 money band (Location: Stack-On safe in closet)
25. Black bag (Location: Stack-On safe in closet)
26. Owner manual – SIG 556 rifle (Location: Inside black bag in safe)
27. Black gun magazine for 5.56 (Location: Inside black bag in safe)
28. 13 rounds ammunition in plastic bag (Location: Inside black bag in safe)
29. Black box (Location: Stack-On safe in closet)
30. 16 rounds .223 ammunition (Location: Inside black box in safe)

31. AMEX card – Scott Segal Prepaid Card #370266043143907 (Location: Office desktop)
32. Crossman .177 cal ammunition in tin case (Location: Stack-On safe in closet)
33. 3 rounds unknown ammunition (Location: Stack-On safe in closet)
34. Black gun bag (Location: Stack-On safe in closet)
35. Smith and Wesson .38 cal revolver Model 36 Ser#J327827 (Location: In gun bag inside safe)
36. 4 rounds of .38 special ammunition (Location: In gun bag inside safe)
37. Fired shell casing .38 special (Location: In gun bag inside safe)
38. Crossman M4 177 pellet rifle box (Location: Closet)
39. Mossberg box for shotgun – Model 500 Ser#U297788 (Location: Closet)
40. Mossberg Model 500 12 gauge shotgun Ser#U297788 (Location: Stack-On safe in closet)
41. Armscor .22 LR rifle serial # A73742 (Location: Stack-On safe in closet)

F. <u>Hall Closet (Next To Office)</u>
42. USPS delivery confirmation sticker #28304 (Location: Storage drawer top)
43. Tally sheet on Best Western envelope (Location: Storage drawer)
44. Paperwork – "Remington 870" (Location: Storage drawer)
45. Paperwork – "Blackhawk Stalk" (Location: Storage drawer)
46. USPS paperwork (5 pieces) (Location: Storage drawer)

G. <u>Hallway (Front Of Closet)</u>
47. Fedex door tags (2) (Location: Floor of hallway)

H. <u>Living Room</u>
48. Crossman M4 177 .177 cal pellet rifle Ser#312H08293 with magazine (Location: Table top)

I. <u>Dining Room</u>

J. <u>Kitchen</u>
49. Blue shoe box (Location: Kitchen Cabinet)
50. Money bands (various denominations), rubber bands, permanent marker, ledger, paperwork, fingertip moistener (Location: In shoe box in cabinet)
51. Notebook paper – "Randy Glickman" (Location: Box in cabinet)